

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PP
F. #2018R02382

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2019

<u>By E-mail</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: In the Matter of the Search of Information Associated with Facebook User ID 100002075016114
        <u>19-MJ-127</u>

Dear Judge Scanlon:

    The government respectfully submits this letter to request that the Court order that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:     /s/
        Philip Pilmar
        Assistant U.S. Attorney
        (718) 254-6106

Enclosure

cc:   Clerk of Court (by Email)
     Ashley Burrell, Esq. (by Email)

PP
F.# 2018R02382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USER ID 100002075016114
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC
------------------------X

PROPOSED ORDER

19-MJ-127

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Philip Pilmar, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       4/19, 2019

_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK